# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4489
_____

MATTHEW AARON BURCH,

Appellant,

v.

MICHELLE NICOLE BURCH,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

October 31, 2019


PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clark H. Henderson of Oberliesen & Henderson, Shalimar, for Appellant.

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Appellee.